IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LATICIA R. BERGMEIER,

    Plaintiff,

v.

BEATRICE COMMUNITY HOSPITAL
AND HEALTH CENTER, INC.,

    Defendant.

CASE NO. 8:16cv00417-JFB-TDT

**Order of Dismissal
Pursuant to FRCP 41(A)**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED this __24__ th day of May, 2017.

_____
Hon. ~~Susan M. Bazis~~ Joseph F. Bataillon
~~United States Magistrate Judge~~
Senior United States District Judge